**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Shawn Yeager,                                                                    Civ. No. 23-1248 (JWB/JFD)

          Petitioner,

v.

                                                     **ORDER ACCEPTING REPORT AND
RECOMMENDATION OF
MAGISTRATE JUDGE**

United States,

          Respondent.

---

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty dated June 1, 2023. (Doc. No. 7.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      The June 1, 2023 Report and Recommendation (Doc. No. 7) is **ACCEPTED**; and

2.      Plaintiff's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 2) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 5, 2023

_s/ Jerry W. Blackwell_
JERRY W. BLACKWELL
United States District Judge