# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawn Yaeger, | Civ. No. 23-1248 (JWB/JFD) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| United States, | |
| Defendant. | |

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty dated July 27, 2023. (Doc. No. 14.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The July 27, 2023 Report and Recommendation (Doc. No. 14) is **ACCEPTED**;

2. Petitioner Shawn Yaeger's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 2) is **DENIED**; and

3. This case is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: September 11, 2023            *s/ Jerry W. Blackwell*
                                         JERRY W. BLACKWELL
                                         United States District Judge